Beaver *v.* United Gas Improvement Company, Appellant.

Argued March 11, 1974. *James K. Thomas,* with him *James K. Thomas, II,* and *Metzger, Hafer, Keefer, Thomas and Wood,* for appellant; *George W. Gekas,* with him *Robert B. Lieberman,* and *Melman, Gekas and Nicholas,* for appellee.

Judgment affirmed.

Bell et ux. *v.* Cohen (et al., Appellants).

Argued March 27, 1974. *William T. Campbell, Jr.,* with him *Swartz, Campbell & Detweiler,* for appellant, Johanna Farms, Inc.; *Robert M.* Ross, with him *Richter, Syken, Ross and Levant,* for appellees.

Judgment affirmed.

Bell et ux. *v.* Cohen et al., Appellant.

Argued March 27, 1974. *John J. Walsh, Jr.,* with him *Daniel J. Ryan,* and *LaBrum and Doak,* for appellant, Sidney Cohen; *Robert M. Ross,* with him *Richter, Syken, Ross and Levant,* for appellees.

Judgment affirmed.